**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO <br><br> Plaintiff(s), <br><br> v. <br><br> 24 HOUR FITNESS USA INC, et al. <br><br><br> Defendant(s). | CASE NO: <br> 2:12–cv–05177–FMO–MRW <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 4̲5̲ **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: November 20, 2013        /s/ *Fernando M. Olguin*
                                                 Fernando M. Olguin
                                                 United States District Judge